```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
THOMAS J. MASSONE,                                                 :
                                                                   :
                                  Plaintiff,                       :
                                                                   :          20-cv-7906 (LJL)
             -v-                                                   :
                                                                   :              ORDER
DONALD D. WASHINGTON and CENTERRA                                  :
GROUP, LLC,                                                        :
                                                                   :
                                  Defendants.                      :
                                                                   X
-------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has filed a request to amend its complaint, along with a proposed amended complaint.  Dkt. No. 41.  Plaintiff seeks to amend the complaint to amend that case caption to indicate that plaintiffs are the Union and its members, to establish standing, and to seek injunctive relief against Defendants.  *Id.*  Defendant Washington filed a letter response indicating that it "continue[s] to have concerns with Plaintiff's proposed amended complaint," and that it anticipates filing a renewed motion to dismiss if the Court permits amendment.  Dkt. No. 41.

      Plaintiff may file the amended complaint by October 8, 2021.  The parties are directed to meet and confer regarding the time for Defendants' responses, including the date by which Defendants will file motions to dismiss, and to inform the Court if they are able to reach an agreement.

      SO ORDERED.

Dated: October 4, 2021  
       New York, New York  
                                                                         LEWIS J. LIMAN  
                                                                   United States District Judge

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/04/2021