**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
THOMAS J. MASSONE, as President and on
behalf of the United States Security Officers,

                Plaintiff,

    -against-                                   20 **CIVIL** 7906 (LJL)

                                                        **JUDGMENT**

DONALD D. WASHINGTON and CENTERRA
GROUP, LLC,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 8, 2022, Defendants' motions to dismiss are GRANTED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      July 8, 2022

                                                   **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                 **BY:**            *K. Mango*
                                                      **Deputy Clerk**